UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WYSONG CORPORATION,

     Plaintiff,                                   Case No. 16-11821

     v.

APN, INCORPORATED,

     Defendant.
_____/

WYSONG CORPORATION,

     Plaintiff,                                   Case No. 16-11823

     v.

BIG HEART PET BRANDS, and
JM SMUCKER COMPANY,

     Defendants.
_____/

WYSONG CORPORATION,

     Plaintiff,                                   Case No. 16-11825

     v.

HILL'S PET NUTRITION, INCORPORATED,

     Defendant.
_____/

1

WYSONG CORPORATION,

     Plaintiff,                                Case No. 16-11826

     v.

MARS PETCARE US, INCORPORATED,

     Defendant.
_____/

WYSONG CORPORATION,

     Plaintiff,                                Case No. 16-11827

     v.

NESTLE PURINA PETCARE COMPANY,

     Defendant.
_____/

WYSONG CORPORATION,

     Plaintiff,                                Case No. 16-11832

     v.

WAL-MART STORES, INCORPORATED,

     Defendant.
_____/

## ORDER OF TEMPORARY REASSIGNMENT
## FOR DOCKET EFFICIENCY

On May 23, 2016, Plaintiff Wysong Corporation ("Wysong") filed all of the

above-captioned civil actions in the Northern Division of this Court.  The actions

were subsequently re-assigned to the following Judges of the Southern Division of this Court:

- *Wysong Corp. v. APN, Inc.*, Case No. 16-cv-11821 is assigned to Judge Matthew F. Leitman;

- *Wysong Corp. v. Big Heart Pet Brands/The J.M. Smucker Company*, Case No. 16-cv-11823 is assigned to Judge George C. Steeh;

- *Wysong Corp. v. Hill's Pet Nutrition, Inc.*, Case No. 16-cv-11825 and *Wysong Corp. v. Mars Petcare US, Inc.*, Case No. 16-cv-11826 are assigned to Judge Terrence G. Berg;

- *Wysong Corp. v. Nestle Purina Petcare Company*, Case No. 16-cv-11827 is assigned to Judge Gershwin A. Drain; and

- *Wysong Corp. v. Wal-Mart Stores, Inc.*, Case No. 16-cv-11832 is assigned to Judge David M. Lawson.

The above-listed judges have consulted with one another and with Chief Judge Denise Page Hood, and they have collectively determined that in order to promote docket efficiency, all of the actions shall be temporarily reassigned to Judge Matthew F. Leitman for the sole purpose of hearing and deciding any motions filed by Defendants under Rule 12(b) and Rule 12(c) of the Federal Rules of Civil Procedure.  *See* E.D. Mich. Local Rule 83.11(b)(2).

Accordingly, **IT IS HEREBY ORDERED** that all the above-listed actions are **TEMPORARILY REASSIGNED** to Judge Matthew F. Leitman.  Any Defendant wishing to file a motion under Rule 12(b) or Rule 12(c) of the Federal Rules of Civil Procedure shall do so by not later than **August 30, 2016.**  If a

motion has already been filed by a Defendant in any of the above-listed actions, Wysong shall respond either (1) within the time set forth in the Local Rules for the Eastern District of Michigan, or (2) by any deadline established by an order previously entered by this Court.  Upon final disposition of any motions filed under Rule 12(b) or Rule 12(c) of the Federal Rules of Civil Procedure, an order will be entered transferring the action back to the above-identified judge.

**IT IS SO ORDERED.**

s/Denise Page Hood
DENISE PAGE HOOD
CHIEF UNITED STATES DISTRICT JUDGE

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

s/George C. Steeh
GEORGE C. STEEH
UNITED STATES DISTRICT JUDGE

s/Terrence G. Berg
TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

s/Gershwin A. Drain
GERSHWIN A. DRAIN
UNITED STATES DISTRICT JUDGE

s/David M. Lawson
DAVID M. LAWSON
UNITED STATES DISTRICT JUDGE

Dated:  August 2, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 2, 2016, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(313) 234-5113